FILED
December 6, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )   Case No. 3:06-MJ-0013-CMK
              Plaintiff,                 )
v.                                       )   ORDER FOR RELEASE OF
                                         )   PERSON IN CUSTODY
DANIEL WACKERMAN,                        )
                                         )
              Defendant.                 )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DANIEL WACKERMAN, Case No. 3:06-MJ-0013-CMK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $100,000.00

        _X_ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        _X_ (Other) Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 6, 2006  at  2:12 p.m.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:06-MJ-0013-CMK |
| Plaintiff, | |
| vs. | UNSECURED APPEARANCE BOND |
| DANIEL WACKERMAN, | |
| Defendant. | |

I, DANIEL WACKERMAN, the undersigned defendant and/or surety, acknowledge that I/we are bound to pay the United States of America the sum of $ *100,000.00*

As a condition of the defendant's release on this bond, it is understood and agreed upon that the defendant must appear in person in accordance with any and all directions and orders relating to his appearance in the above entitled matter, as may be given or issued by the Court or any judicial officer thereof, in the aforesaid District, or any other United States District Court to which he or she may be removed or to which the case may be transferred.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then said bond is to be void, but if the defendant fails to obey or perform any of these conditions, the bond may be forfeited. If said forfeiture is not set aside, summary judgment

1 | may be entered against defendant for the amount above stated together with interest and costs, and
2 | execution may be issued and payment secured as provided by the Federal Rules of Criminal
3 | Procedure and other laws of the United States.
4 |     It is agreed and understood that this is a continuing bond which shall remain in full force and
5 | effect until such time as the undersigned is duly exonerated.
6 | DATED:   DEC -6 2006

_____
DEFENDANT

Sacramento, CA
_____
CITY & STATE


_____
SURETY


_____
CITY & STATE