```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6

7  Attorney for Defendant
   DANIEL WACKERMAN
8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. MAG 06-013 CMK/GGH |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| DANIEL WACKERMAN, | ) | Date:  February 23, 2007 |
| | ) | Time:  2:00 p.m. |
| Defendant. | ) | Judge: Hon. Kimberly J. Mueller |
| _____ | ) | |

  DANIEL WACKERMAN, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Heiko Coppola, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of January 8, 2007 and set a preliminary hearing date of February 23, 2007 at 2:00 p.m..

  A continuance is necessary to both parties to continue their pretrial investigations. This case features numerous individuals allegedly involved in an international drug conspiracy. The parties

1  anticipate a pre-indictment resolution. In preparation therefor, they
2  need additional time to conduct investigation.
3      IT IS STIPULATED that the period from the signing of this Order,
4  through and including February 23, 2007 be excluded in computing the
5  time within which trial must commence under the Speedy Trial Act,
6  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
7  ongoing preparation of counsel. The government fully concurs with this
8  request.
9  Dated:  January 9, 2007

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    DANIEL WACKERMAN

Dated:  January 12, 2007

                                    MCGREGOR SCOTT
                                    United States Attorney


                                    /s/ Heiko Coppola
                                    _____
                                    HEIKO COPPOLA
                                    Assistant U.S. Attorney

                               **ORDER**

**IT IS SO ORDERED.**

Dated: 1/12/07
                                    /s/ Gregory G. Hollows
                                    _____
                                    U.S. Magistrate Judge

wackerman.ord

S/O Wackerman cont prelim         -2-