```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  DANIEL WACKERMAN

 8

 9
                      IN THE UNITED STATES DISTRICT COURT
10
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,    )  No. MAG 06-013 CMK/GGH
14                               )
                Plaintiff,       )
15                               )  STIPULATION AND ORDER
         v.                      )
16                               )
    DANIEL WACKERMAN,            )  Date:  March 23, 2007
17                               )  Time:  2:00 p.m.
                Defendant.       )  Judge: Hon. Edward F. Brennan
18                               )
    _____)
19
```

20       DANIEL WACKERMAN, by and through his counsel, Caro Marks,

21 Assistant Federal Defender, and the United States Government, by and

22 through its counsel, Heiko Coppola, Assistant United States Attorney,

23 hereby stipulate and agree to vacate the previously scheduled

24 preliminary hearing date of February 23, 2007 and set a preliminary

25 hearing date of March 23, 2007 at 2:00 p.m..

26       A continuance is necessary to both parties to continue their

27 pretrial investigations. Particularly, defense counsel needs additional

28 time to consult with the defendant and attempt a pretrial resolution of

1  the case, which features numerous individuals allegedly involved in an
2  international drug conspiracy.
3     IT IS STIPULATED that the period from the signing of this Order,
4  through and including March 23, 2007 be excluded in computing the time
5  within which trial must commence under the Speedy Trial Act, pursuant
6  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
7  preparation of counsel. The government fully concurs with this request.
8  Dated:   February 22, 2007

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        DANIEL WACKERMAN

Dated:   February 23, 2007

                                        MCGREGOR SCOTT
                                        United States Attorney


                                        /s/ Heiko Coppola
                                        _____
                                        HEIKO COPPOLA
                                        Assistant U.S. Attorney

                                **ORDER**

**IT IS SO ORDERED.**

Dated:   February 23, 2007.

                                        _____
                                        U.S. MAGISTRATE JUDGE

S/O Wackerman cont prelim           -2-