```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  DANIEL WACKERMAN

 8

 9
                       IN THE UNITED STATES DISTRICT COURT
10
                     FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,    )  No. MAG 06-013 CMK/GGH
14                               )
                 Plaintiff,      )
15                               )  STIPULATION AND ORDER
         v.                      )
16                               )
    DANIEL WACKERMAN,            )  Date:  April 23, 2007
17                               )  Time:  2:00 p.m.
                 Defendant.      )  Judge: Hon. Dale A. Drozd
18                               )
    _____)
19
```

20    DANIEL WACKERMAN, by and through his counsel, Caro Marks,

21 Assistant Federal Defender, and the United States Government, by and

22 through its counsel, Heiko Coppola, Assistant United States Attorney,

23 hereby stipulate and agree to vacate the previously scheduled

24 preliminary hearing date of March 23, 2007 and set a preliminary

25 hearing date of April 23, 2007 at 2:00 p.m..

26    A continuance is necessary to both parties to continue their

27 pretrial investigations. Particularly, defense counsel needs additional

28 time to consult with the defendant and attempt a pretrial resolution of

the case, which features numerous individuals allegedly involved in an international drug conspiracy.

IT IS STIPULATED that the period from the signing of this Order, through and including April 23, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel. The government fully concurs with this request.

Dated: March 21, 2007

Respectfully submitted,
DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
DANIEL WACKERMAN

Dated: March 22, 2007

MCGREGOR SCOTT
United States Attorney

/s/ Heiko Coppola
_____
HEIKO COPPOLA
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: March 22, 2007.

_____
Edmund F. Brennan
U.S. Magistrate Judge