McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone:  (916) 554-2767

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-07-120 EJG |
| | Mag. No. 06-mj-013 CMK |
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION TO |
| | DISMISS WITHOUT PREJUDICE |
| DANIEL WACKERMAN, | |
| Defendant. | |

The United States hereby moves to dismiss the **COMPLAINT** in this case without prejudice.  The defendant in this case has entered into a pre-indictment plea agreement under the terms of which he will waive indictment and plead guilty to a felony information.  The information has been filed and assigned to the Honorable Edward J. Garcia.  Scheduling of the guilty plea is pending before Judge Garcia, and will take place in the next few weeks.

Dated: April 19, 2007

McGREGOR W. SCOTT
United States Attorney

/s/ Robert M. Twiss
By:_____
ROBERT M. TWISS
Assistant U.S. Attorney

1

ORDER

2

3     IT IS SO ORDERED.  The **COMPLAINT** only in the above captioned

4  case is DISMISSED without prejudice in favor of proceeding by way

5  of information.  All dates in this case in this Court hereby are

6  VACATED.

7  DATED: April 20, 2007.

8

9                                    _____
                                     DALE A. DROZD
10                                    UNITED STATES MAGISTRATE JUDGE

11

12  Ddad1/orders.criminal/wackerman0013.ord

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28