```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DANIEL WACKERMAN
 6
```

FILED

JUN 27 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr-S-07-120 EJG C/EJG |
|---|---|
| Plaintiff, | ) |
| | ) NOTICE OF HEARING & Order |
| v. | ) |
| | ) |
| DANIEL WACKERMAN, | ) Date:  October 5, 2007 |
| | ) Time:  10:00 a.m. |
| Defendant. | ) Judge: Edward J. Garcia |
| | ) |

The current presentence report schedule and judgment and sentencing date of August 3, 2007 is vacated and a new J&S date of October 5, 2007 be set. Below is the new PSR schedule.

| | |
|---|---|
| Draft PSR due: | August 31, 2007 |
| Written objections due: | September 14, 2007 |
| PSR to be filed w/court: | September 21, 2007 |
| Motion for correction due: | September 28, 2007 |
| J&S: | October 5, 2007 |

///
///
///
///
///
///

1  All parties including the courtroom clerk have been notified and
2  are in agreement to this continuance.

4  Dated: June 26, 2007                 Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Caro Marks

                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JUSTIN KESSLER

12  IT IS SO ORDERED.

        6/27/07

                                        EDWARD J. GARCIA
                                        U.S. DISTRICT JUDGE

2