1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DANIEL WACKERMAN

FILED

AUG 2 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr-S-07-120 EJG |
| Plaintiff, | |
| v. | NOTICE OF HEARING |
| DANIEL WACKERMAN, | Date: December 14, 2007 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Edward J. Garcia |

The current presentence report schedule and judgment and sentencing date of October 5, 2007 is vacated and a new J&S date of December 14, 2007 is hereby set. Below is the new PSR schedule.

| | |
|---|---|
| Draft PSR due: | November 2, 2007 |
| Written objections due: | November 16, 2007 |
| PSR to be filed w/court: | November 23, 2007 |
| Motion for correction due: | November 30, 2007 |
| J&S: | December 14, 2007 |

///
///
///
///
///
///

All parties including the courtroom clerk have been notified and are in agreement to this continuance.

Dated: August 22, 2007                Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ Caro Marks
                                      _____
                                      CARO MARKS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      DANIEL WACKERMAN

IT IS SO ORDERED.

8/23/07                               _____
                                      EDWARD J. GARCIA
                                      SENIOR U.S. DISTRICT JUDGE