```
DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL WACKERMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr-S-07-120 EJG |
| Plaintiff, | |
| v. | NOTICE OF HEARING and ORDER THEREON |
| DANIEL WACKERMAN, | Date: June 27, 2008 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Edward J. Garcia |

The current presentence report schedule and judgment and sentencing date of March 14, 20087 is vacated and a new J&S date of June 27, 2008 is hereby set.  Below is the new PSR schedule.

```
    Draft PSR due:                5/23/08
    Written objections due:       6/06/08
    PSR to be filed w/court:      6/13/08
    Motion for correction due:    6/20/08
    J&S:                          6/27/08
```

The defendant seeks a sentence under section 5K of the sentencing guidelines, and both parties request this additional time to develop certain sentencing aspects of his case. Both parties support this request for a continuance. Probation has been notified and does not object.  The courtroom clerk has been notified. The defendant is under pretrial services supervision and is in compliance with his conditions

of release.

Dated: March 10, 2008                  Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ Caro Marks
                                       _____
                                       CARO MARKS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       DANIEL WACKERMAN


    IT IS SO ORDERED, March 13, 2008.

                                       /s/ Edward J. Garcia
                                       EDWARD J. GARCIA
                                       SENIOR U.S. DISTRICT JUDGE