DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL WACKERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr-S-07-120 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF HEARING & ORDER THEREON |
| v. | ) | |
| | ) | |
| DANIEL WACKERMAN, | ) | Date: September 26, 2008 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge:  Edward J. Garcia |
| | ) | |
| _____ | ) | |

The current judgment and sentencing date of June 27, 2008 is vacated and a new J&S date of September 26, 2008 is hereby set.

All parties including the courtroom clerk has been notified and are in agreement with this continuance.

Dated: June 23, 2008                           Respectfully submitted,

                                               DANIEL BRODERICK
                                               Federal Defender

                                               /s/ Caro Marks
                                               _____
                                               CARO MARKS
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               DANIEL WACKERMAN

    IT IS SO ORDERED THIS 23RD day of June, 2008.

                                               /s/ Edward J. Garcia
                                               EDWARD J. GARCIA
                                               SENIOR U.S. DISTRICT JUDGE