McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>   v.<br><br>SEALED<br><br>  Defendant. | Case No. CR S-07-120 EJG |

SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached document dated September 25, 2008 in the above referenced case shall be sealed until further order of the Court except for copies for use by the United States.

DATED: September 25, 2008

HONORABLE EDWARD J. GARCIA
Senior U.S. District Judge

1