**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM & Order

DATE: February 2, 2012

TO: Colleen Lydon, Courtroom Clerk to the Honorable Edward J. Garcia

FROM: Becky Darwazeh, Sr. Legal Assistant to Caro Marks, Assistant Federal Defender

SUBJECT: United States v. Daniel Wackerman
Cr.S-07-120-EJG

**FILED**
FEB 02 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

---

This memo is to request that the judgment and sentencing for Daniel Wackerman be continued from February 10, 2012 at 10:00 a.m. to March 2, 2012 at 10:00 am.. This final continuance will give Mr. Wackerman sufficient time to purchase an affordable airline ticket from Alaska to California to appear at his sentencing. The parties fully intend sentencing to take place on March 2, 2012.

All parties are in agreement with the new scheduled date.

Thank you for your assistance in this matter.

CM
bd

cc: H. Coppola, AUSA
J. Oestreicher, USPO

**IT IS SO ORDERED**

_[signature]_
2/2/12